

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-17-00799-CR

Derri Raye **LUKASIK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9695
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Kenneth A-G Lukasik, husband of appellant, filed a motion for leave to file "amici curiae brief in support of appellant Derri Raye Lukasik's appeal." The Texas Court of Criminal Appeals has held the purpose of an amicus brief is to aid the court and such a brief "cannot be subverted to the use of a litigant in the case." Booth v. State, 499 S.W.2d 129, 136 (Tex. Crim. App. 1973). The brief sought to be filed by Kenneth A-G Lukasik does nothing more than attempt to provide further support to the legal sufficiency issue raised by appellant's attorney on appeal. Accordingly, the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court